DISCREF, TRANSF

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: 4:08-cv-00143-TCK-SAJ

West v. Davol Inc. et al
Assigned to: Judge Terence Kern
Referred to: Magistrate Judge Sam A Joyner
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/10/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Robert R West** represented by **Brian Timothy Inbody**
Sneed Lang PC
1 W 3RD ST STE 1700
TULSA, OK 74103-3522
918-583-3145
Fax: 918-582-0410
Email: binbody@sneedlang.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Steven Stidham**
Sneed Lang PC
1 W 3RD ST STE 1700
TULSA, OK 74103-3522
918-583-3145
Fax: 918-582-0410
Email: gstidham@sneedlang.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Thomas Edward Steichen**
Eldridge Cooper Steichen & Leach PLLC
P O BOX 3566
TULSA, OK 74101-3566
918-388-5555
Fax: 918-388-5654
Email: general_delivery@ecslok.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Thomas Edward Steichen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2008 | 1 | CIVIL COVER SHEET by Robert R West (s-tjc, Dpty Clk) (Entered: 03/11/2008) |
| 03/10/2008 | 2 | COMPLAINT with Jury Demand against all defendants by Robert R West (s-tjc, Dpty Clk) (Entered: 03/11/2008) |
| 03/10/2008 | 3 | SUMMONS Issued by Court Clerk as to Davol Inc., C.R. Bard, Inc. (s-tjc, Dpty Clk) (Entered: 03/11/2008) |
| 03/10/2008 | 4 | FILING FEES Paid in Full by Robert R West (s-tjc, Dpty Clk) (Entered: 03/11/2008) |
| 03/25/2008 | 5 | ATTORNEY APPEARANCE by Thomas Edward Steichen on behalf of Davol Inc., C.R. Bard, Inc. (Steichen, Thomas) (Entered: 03/25/2008) |
| 03/25/2008 | 6 | ANSWER with Jury Demand (Re: 2 Complaint ) by Davol Inc., C.R. Bard, Inc. (Steichen, Thomas) (Entered: 03/25/2008) |
| 03/25/2008 | 7 | SUMMONS Returned Executed re: C.R. Bard, Inc. (Re: 2 Complaint ) by Robert R West (Stidham, George) (Entered: 03/25/2008) |
| 03/25/2008 | 8 | CORPORATE DISCLOSURE STATEMENT (identifying: Corporate Parent C. R. Bard, Inc. for Davol Inc.) by Davol Inc. (Steichen, Thomas) (Entered: 03/25/2008) |
| 03/25/2008 | 9 | CORPORATE DISCLOSURE STATEMENT by C.R. Bard, Inc. (Steichen, Thomas) (Entered: 03/25/2008) |
| 03/26/2008 | 10 | MINUTE ORDER by Court Clerk, directing Davol Inc. and C.R. Bard, Inc. to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non-court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s-tjc, Dpty Clk) (Entered: 03/26/2008) |
| 04/01/2008 | 11 | SUMMONS Returned Executed re: Davol Inc. (Re: 2 Complaint ) by Robert R West (Stidham, George) (Entered: 04/01/2008) |
| 04/16/2008 | 12 | ORDER *by Clerk of the Multidistrict Litigation Panel*, transferring case (terminates case) (s-kjp, Dpty Clk) (Entered: 04/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/18/2008 10:06:03 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:08-cv-00143-TCK-SAJ |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |